IT IS HEREBY ORDERED that the decision of the Workers Compensation Court of Appeals filed September 16, 2003, be, and the same is, affirmed without opinion. See Minn. R. Civ.App. P. 136.01.

BY THE COURT:

/s/Russell A. Anderson
Associate Justice

PAGE, J., took no part in the consideration or decision of this case.

■

**Richard PARKER, Respondent,**

v.

**UNIVERSITY OF MINNESOTA,
Self–Insured, Relator,**

and

**Askew Rehabilitation Services,
Intervenor.**

No. A03–1553.

Supreme Court of Minnesota.

Jan. 28, 2004.

Rehearing Denied Feb. 19, 2004.

Roderick C. Cosgriff (# 123377), Heacox, Hartman, Koshmrl, Cosgriff & Johnson, P.A., St. Paul, MN, for Relator.

Lawrence C. Miller (# 203506), Miller & Hipp, P.L.L.P., Minneapolis, MN, for Respondent.

### ORDER

Based upon all the files, records and proceedings herein,